UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the:<br>RANDY CRAIG WOLFE TRUST<br>*Plaintiff*<br>v.<br>LED ZEPPELIN<br>JAMES PATRICK PAGE<br>ROBERT ANTHONY PLANT<br>JOHN PAUL JONES<br>SUPER HYPE PUBLISHING, INC.<br>WARNER MUSIC GROUP CORP.<br>*Parent of:*<br>  WARNER/CHAPPELL MUSIC, INC.<br>  ATLANTIC RECORDING CORPORATION<br>  RHINO ENTERTAINMENT COMPANY<br>    *Defendants* | **NO.:** 14-CV-03089<br><br>**CASE FILED:**<br>MAY 31, 2014<br><br>**CAUSES OF ACTION:**<br>COPYRIGHT INFRINGEMENT<br><br>RIGHT OF ATTRIBUTION –<br>FALSIFICATION OF<br>ROCK N' ROLL HISTORY<br><br>*JURY TRIAL DEMANDED* |

## PRAECIPE TO ISSUE ALIAS SUMMONS

**TO THE CLERK:**

Plaintiff requests that alias summonses be issued as to these defendants:[1]

- Led Zeppelin
- James Patrick Page
- Robert Anthony Plant
- John Paul Jones
- Super Hype Publishing, Inc.
- Warner Music Group Corp.

---

[1] Plaintiff reached out to the Clerk on July 21, 2014, to ask that the summonses be issued as to the listed Defendants. Although the docket states that these summons were previously mailed, the summonses were not received by counsel or his office. For this reason, the Clerk instructed the Plaintiff to file for alias summonses.

*Respectfully submitted,*

FRANCIS ALEXANDER, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:   208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:   (215) 500-1000
F:   (215) 500-1005
E:   francis@francisalexander.com
*Law Firm / Lawyer for Plaintiff*

*/d/ July 21, 2014*