IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SKIDMORE, as Trustee for the :
RANDY CRAIG WOLFE TRUST,             :
                                     :   No. 14-cv-3089
         Plaintiff                   :
                                     :
    v.                               :
                                     :
LED ZEPPELIN, JAMES PATRICK          :
PAGE,                                :
ROBERT ANTHONY PLANT, JOHN           :
PAUL JONES, SUPER HYPE               :
PUBLISHING, INC.,                    :
WARNER MUSIC GROUP CORP.             :
                                     :
Parent of:                           :
                                     :
WARNER/CHAPPELL MUSIC, INC.,         :
ATLANTIC RECORDING                   :
CORPORATION,                         :
RHINO ENTERTAINMENT COMPANY,         :
                                     :
         Defendants                  :

## ORDER

AND NOW, this _____ day of _____, 2014, it is hereby ORDERED that the application of Helene M. Freeman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-03089-JS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Helene M. Freeman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __427599__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 03/03/1975 | 1088004 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| SEE ATTACHED | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   James Patrick Page, Robert Anthony Plant, John Paul Jones

(Applicant's Signature)

08/20/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Phillips Nizer LLP, 666 Fifth Avenue, 29th Floor, New York, New York 10103

(212) 841-0547

Sworn and subscribed before me this
20th Day of August, 2014

Notary Public

ORLY SONNENKLAR
Notary Public, State of New York
No. 01SO6153655
Qualified in Queens County
Commission Expires October 10, 2014

10/04

## EXHIBIT A

| COURT: | DATE ADMITTED |
|---|---|
| Supreme Court of the United States | 02-22-1999 |
| United States Court of Appeals for the Third Circuit | 07-02-1998 |
| United States Court of Appeals for the Second Circuit | 12-31-1975 |
| United States Court of Appeals for the Sixth Circuit | 06-29-1992 |
| United States Court of Appeals for the Ninth Circuit | 02-28-1995 |
| US District Court for the Eastern District of New York | 03-12-1982 |
| US District Court for the Southern District of New York | 11-25-1975 |
| US District Court for the Western District of New York | 12-26-2001 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff<br><br>v.<br><br>LED ZEPPELIN, JAMES PATRICK PAGE,<br>ROBERT ANTHONY PLANT, JOHN PAUL JONES, SUPER HYPE PUBLISHING, INC.,<br>WARNER MUSIC GROUP CORP.<br><br>Parent of:<br><br>WARNER/CHAPPELL MUSIC, INC.,<br>ATLANTIC RECORDING CORPORATION,<br>RHINO ENTERTAINMENT COMPANY,<br><br>Defendants | No. 14-cv-3089 |

## SPONSOR'S STATEMENT AND MOTION FOR THE *PRO HACE VICE* ADMISSION OF HELENE M. FREEMAN, ESQUIRE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Helene M. Freeman, Esquire to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the state and federal courts listed on her attached Applicant's Statement and that her private and personal character is good. I certify that this application was on this date mailed, with postage prepaid, to all interested counsel, and served upon all counsel of record by virtue of its electronic filing with the Court's ECF system.

Michael Eidel
Sponsor's Name

Sponsor's Signature

October 27, 2005
Admission date

92498
Attorney Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Fox Rothschild LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
(215) 345-500

and

Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000

Sworn and subscribed before me this
20th Day of August, 2014

Notary Public

NOTARIAL SEAL
KRISTIN N WICKLINE
Notary Public
WARRINGTON TWP, BUCKS COUNTY
My Commission Expires May 31, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff <br><br> v. <br><br> LED ZEPPELIN, JAMES PATRICK PAGE, <br> ROBERT ANTHONY PLANT, JOHN PAUL JONES, SUPER HYPE PUBLISHING, INC., <br> WARNER MUSIC GROUP CORP. <br><br><br> Parent of: <br><br> WARNER/CHAPPELL MUSIC, INC., <br> ATLANTIC RECORDING CORPORATION, <br> RHINO ENTERTAINMENT COMPANY, <br><br> Defendants | No. 14-cv-3089 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Helene M. Freeman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Francis Malofiy, Esquire
Francis Alexander, LLC
280 N. Providence Road
Suite 105
Media, PA 19063

*Counsel for Plaintiff*

/s/ Michael Eidel
Michael Eidel, Esquire

*Counsel for Moving Parties*
*James Patrick Page, Robert Anthony*
*Plant, and John Paul Jones*

Dated: August 27, 2014