IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SKIDMORE, as Trustee for the :
RANDY CRAIG WOLFE TRUST,          :
                                  :           No. 14-cv-3089
       Plaintiff                  :
                                  :
   v.                             :
                                  :
LED ZEPPELIN, JAMES PATRICK       :
PAGE,                             :
ROBERT ANTHONY PLANT, JOHN        :
PAUL JONES, SUPER HYPE            :
PUBLISHING, INC.,                 :
WARNER MUSIC GROUP CORP.          :
                                  :
Parent of:                        :
                                  :
WARNER/CHAPPELL MUSIC, INC.,      :
ATLANTIC RECORDING                :
CORPORATION,                      :
RHINO ENTERTAINMENT COMPANY,      :
                                  :
       Defendants                 :

## ORDER

AND NOW, this ___27th___ day of ___August___, 2014, it is hereby

ORDERED that the application of Helene M. Freeman, Esquire, to practice in this court pursuant

to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.