United States District Court
Eastern District of Pennsylvania

| | |
|---|---|
| Michael Skidmore, as Trustee for the: **Randy Craig Wolfe Trust** <br> *Plaintiff* <br> v. <br> **Led Zeppelin** <br> James Patrick Page <br> Robert Anthony Plant <br> John Paul Jones <br> Super Hype Publishing, Inc. <br> Warner Music Group Corp. <br> *Parent of:* <br>   Warner/Chappell Music, Inc. <br>   Atlantic Recording Corporation <br>   Rhino Entertainment Company <br> *Defendants* | **No.:** 2:14-cv-03089 <br><br> **Case Filed:** <br> May 31, 2014 <br><br> **Causes of Action:** <br> Copyright Infringement <br><br> Right of Attribution – Falsification of Rock n' Roll History <br><br> *Jury Trial Demanded* <br> **Oral Argument Requested** |

Plaintiff's Omnibus Response In Opposition to Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2, 3) and Motions to Transfer Pursuant to 28 USC § 1404

Plaintiff denies Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2, 3) and Motions to Transfer Pursuant to 28 USC § 1404 and incorporates by reference Plaintiff's memorandum of law in opposition thereto.

*****

*Respectfully submitted,*

FRANCIS ALEXANDER, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:    208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:    (215) 500-1000
F:    (215) 500-1005
E:    francis@francisalexander.com
*Law Firm / Lawyer for Plaintiff*

*/d/ November 24, 2014*

# Certificate of Service

Plaintiff hereby represents that Plaintiff's Omnibus Response in Opposition to Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2, 3) and Motions to Transfer Pursuant to 28 USC § 1404 has been served upon counsel by the electronic filing system.

Helene Freeman, Esquire
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Michael Eidel, Esquire
Fox Rothschild LLP
2700 Kelly Road | Suite 300
Warrington, PA 18976-3624
T: (215) 345-7500
F: (215) 345-7507
E: MEidel@foxrothschild.com
*Attorneys for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company-and-Local Counsel for James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Peter J. Anderson, Esquire
Law Office of Peter J. Anderson, PC
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company*

*****

*Respectfully submitted,*

Francis Alexander, llc

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:    208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:    (215) 500-1000
F:    (215) 500-1005
E:    francis@francisalexander.com
*Law Firm / Lawyer for Plaintiff*

*/d/ November 24, 2014*